TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff  TACORI ENTERPRISES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES | Case No. 2:22-cv-01664-ODW(GJSx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| DIAMONDBOI DESIGNS A/K/A/ THE DIAMOND STUDIO | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff Tacori Enterprises and Defendants Diamondboi Designs aka The Diamond Studio have agreed to settle this matter in its entirety. The parties are currently working to finalize and execute the settlement agreement, It is anticipated the formal settlement documents will be executed on or before September 15, 2022 and that Plaintiff will file a Notice of Dismissal of all claims with prejudice no later than September 19, 2022.

NOTICE OF SETTLEMENT

| | |
|---|---|
| DATED: September 2, 2022 | TUCKER ELLIS LLP |
| | *Howard A. Kroll* (signature) |
| | By: Howard A. Kroll<br>Attorneys for Plaintiff<br>TACORI ENTERPRISES |

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Los Angeles ♦ San Francisco ♦ St. Louis